# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PYLE, CHARLES R. | U.S. DISTRICT COURT, DISTRICT OF ARIZONA | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE, FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

EVO A. DECONCINI U.S. COURTHOUSE
405 WEST CONGRESS, SUITE 5660
TUCSON, AZ 85701-5055

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | STATE OF ARIZONA RETIREMENT SYSTEM (NO CONTROL) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | SELF EMPLOYED ACUPUNCTURIST |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FEDLOAN SERVICING | STUDENT LOAN SERVICING | J |
| 2. | EDFINANCIAL SERVICES | STUDENT LOAN SERVICING | J |
| 3. | GREAT LAKES EDUCATIONAL LOAN SERVICES | STUDENT LOAN SERVICING | J |
| 4. | ACS EDUCATIONAL LOAN SERVICES | STUDENT LOAN SERVICING | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK (3 ACCOUNTS) | A | Int./Div. | J | T | | | | | |
| 2. SUN AMERICA | A | Int./Div. | K | T | | | | | |
| 3. PRIME MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 4. ISHARES S&P PREF STK INDEX | A | Int./Div. | J | T | | | | | |
| 5. ISHARES BARCLAYS 1-3 YEAR CRED | A | Int./Div. | J | T | | | | | |
| 6. ISHARES JP MORGAN EM BOND FD | A | Int./Div. | J | T | | | | | |
| 7. POWERSHARES DWA TECH LEAD PTF | A | Int./Div. | J | T | | | | | |
| 8. SPDR GOLD TR GOLD SHS | A | Int./Div. | J | T | | | | | |
| 9. VANGUARD REIT ETF | A | Int./Div. | J | T | | | | | |
| 10. VANGUARD TOTAL BOND MARKET | A | Int./Div. | J | T | | | | | |
| 11. VANGUARD EMERGING MARKETS ETF | A | Int./Div. | J | T | | | | | |
| 12. VANGUARD EUROPEAN ETF | A | Int./Div. | J | T | | | | | |
| 13. VANGUARD PACIFIC ETF | A | Int./Div. | J | T | | | | | |
| 14. VANGUARD FTSE ALL WO X-US SC | A | Int./Div. | J | T | | | | | |
| 15. WISDOM TREE SMALL CAP DIV FUND | A | Int./Div. | J | T | | | | | |
| 16. WISDOM TREE MID CAP DIV | A | Int./Div. | J | T | | | | | |
| 17. BARCAP ETN IPATH JPY/USD | A | Int./Div. | | | Sold | 03/01/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market |

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   BARCAP ERN IPATH OPTI CURRENCY | A | Int./Div. | | | Sold | 03/01/12 | J | | |
| 19.   GREENHAVEN CONTINUOS COMM | A | Int./Div. | | | Sold | 03/01/12 | J | | |
| 20.   POWERSHARES S&P 500 LOW VOL | A | Int./Div. | J | T | | | | | |
| 21.   POWERSHARES SENIOR LOANS | A | Int./Div. | J | T | | | | | |
| 22.   ISHARES BARCLAYS TIPS BD FD | A | Int./Div. | J | T | Buy | 12/28/12 | J | | |
| 23.   ISHARES FTSE/CHINA 25 INDEX FD | A | Int./Div. | J | T | Buy | 12/28/12 | J | | |
| 24.   POWERSHARES DWA DEVELOP MKTS | A | Int./Div. | J | T | Buy | 12/28/12 | J | | |
| 25.   BARCAP ETN-ETN GSCI TOTAL RETURN | A | Int./Div. | J | T | Buy | 12/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ISHARES TRUST ISHARES BARCLAYS AND PROSHARES ULTRASHORT BARCLAYS was sold in 2010 but was inadvertantly reflected as still owned at the end of 2010 in the financial report for 2010. I no longer own these assets.

| Name of Person Reporting | Date of Report |
|---|---|
| PYLE, CHARLES R. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES R. PYLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544